# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK TINGEY,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**PROBATION OFFICER DAGE GARDNER, and**<br>**SUPERVISING PROBATION OFFICER CAITLIN McLAUGHLIN,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-827** |

## O R D E R

**AND NOW**, this 12th day of December, 2019, upon consideration of Defendants' [sic] Dage Gardner and Caitlin McLaughlin['s] Motion for Summary Judgment (Document No. 36, filed April 26, 2019), Plaintiff's Response to Defendant's [sic] Motion for Summary Judgment (Document No. 39, filed June 3, 2019), Defendants' [sic] Dage Gardner and Caitlin McLaughlin['s] Sur-Reply to Plaintiff's Opposition to Motion for Summary Judgment (Document No. 42, filed June 17, 2019), and Defendants' Reply to Plaintiff's Supplemental Disputed Material Facts in Opposition to Motion for Summary Judgment (Document No. 43, June 17, 2019), for the reasons set forth in the accompanying Memorandum dated December 12, 2019, **IT IS ORDERED** that Defendants' [sic] Dage Gardner and Caitlin McLaughlin['s] Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendants, Dage Gardner and Caitlin McLaughlin, **AGAINST** plaintiff, Mark Tingey.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**